**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Austin Johnston, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2020. I am currently assigned to the Cleveland Field Office, Canton Resident Agency, Canton, Ohio, Violent Crime and Child Exploitation Squad. While in this role, I have investigated violent criminal statutes to include federal criminal violations related to violent crime against children and the FBI's Innocent Images National Initiative. My responsibilities in this role include enforcing federal criminal statutes, including investigations involving bank robbery, Hobbs Act robberies, firearms violations and investigative matters involving the online sexual exploitation of children. I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as a Special Agent assigned investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, advertising, and production of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252(a), and 2252A.  I have gained experience through training at the FBI Academy in Quantico, Virginia, advanced on the job training, Cleveland FBI SWAT, and everyday work relating to conducting these types of investigations. Prior to the FBI, I was employed by Texas Department of Public Safety, Highway Patrol since 2016.

–1–

2.    I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516.

3.    This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Robert Dudukovich (hereafter referred to as "**DUDUKOVICH**"), currently residing at [redacted] 17th Street NE, Canton, OH 44647 violated 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography.

4.    The statements contained in this affidavit are based upon my personal knowledge and observations, my training and experience, U.S. Pretrial Services & Probation, law enforcement and commercial databases, physical surveillance, and my investigation of this matter. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all the facts uncovered during the investigation.

## RELEVANT STATUTES

5.    Title 18, United States Code, §2252A(a)(5)(B), prohibits a person from knowingly possessing or accessing with intent to view any child pornography, as defined in 18 U.S.C. §2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

**PROBABLE CAUSE**

6.      On or about August 30, 2018, **DUDUKOVICH** was indicted by the United States District Court, Connecticut (New Haven), [1] in violations of 18 U.S.C 2252 A(a)(2) Distribution of Child Pornography and 18 U.S.C. 2252A(a)(1) and 2 Aiding and Abetting the Transportation of Child Pornography.

7.      On or about October 11, 2019, **DUDUKOVICH** was committed to the custody of the Bureau of Prisons for a period of 60 months; 7 years supervised release; $100.00 special assessment; and $6,000 restitution. **s**

8.      On July 5, 2023, **DUDUKOVICH'S** probation was transferred to the Northern District of Ohio from the District of Connecticut. **DUDUKOVICH'S** supervision release was revoked on August 14, 2023, due to violating his terms of release and attempting to search for CSAM using his deceased mother's cellular device. He served eight months for this revocation and was released again on March 11, 2024.

9.      On or about March 25, 2026, FBI Special Agent Austin Johnston was notified by U.S. Pretrial Services & Probation Officer Specialist Alexander Lucas that U.S. probation had encountered **DUDUKOVICH** on December 10, 2025, subsequent to a post-release inspection. During that inspection **DUDUKOVICH** possessed a black TCL K24 phone in violation of the terms of his release. **DUDUKOVICH** admitted to possessing the unauthorized phone since June 2025.

---

[1] 3:18cr182

10.     Officer Lucas conducted a cursory review of the Target Device and immediately observed the phone to be displaying a Facebook banner "rising Fan Badge" "You're a rising fan" "You earned this badge by actively engaging with Cute Boys and are on your way to become a top fan." In addition, Officer Lucas observed search history on the device, which included the following key word searches:

a.  Underage rape, incest babysitter, Can Sex Offender be Foster Parent, extreme ped, "I gave the boy I was babysitting a bath", Kids chat app, babysitting 8-year-old Anara – my first time, first orgasm.

11.     Officer Lucas seized the device from **DUDUKOVICH**. Officer Lucas caused the device to be extracted using digital forensic software. On April 15, 2026, Officer Lucas reviewed the forensic image and observed child sexual abuse material. The file was depicted as follows:

a.  **File Name**: 0000057_Carved

b.  **Description**: A color image depicting a nude prepubescent boy, approximately 8-years-old, kneeling on a bed. The boy is having genital to anal sex with another same aged boy, lying on his stomach.

The phone and the digital forensic extraction were provided by Officer Lucas to SA Johnston.

12.     On April 17, 2026, a federal search warrant was executed on **DUDUKOVICH'S** TCL K24 smartphone. A digital forensic review was completed, and the device media was reviewed for evidentiary material. The device contained 55 total files of CSAM. All 55 files were images and included children under the age of 12. A sample of some of those files is as follows:

a.  **File Name**: 0000022_Carved.Png

–4–

b.  **Description**: This file is a color image depicting a close up image of an erect adult male penis inside of a prepubescent minor boys anus. The adult male has semen on his penis and the minor boy's anus.

a.  **File Name**: 0000016_Carved.Png

b.  **Description**: This file is a color image depicting two fully nude prepubescent boys in a bathroom. One minor boy is on his knees engaging in oral sex with the other minor boy who is approximately 7 years old.

## CONCLUSION

13.  Based on the forgoing, there is probable cause to believe that Robert **DUDUKOVICH** violated 18 U.S.C. § 2252A(a)(5)(B) Possession of Child Pornography.

Austin Johnston, Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this ___11th___ day of May 2026.

AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE